**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BUG ART LIMITED,

      Plaintiff,                                                          Case No.:  1:25-cv-00030

v.                                                                                    Judge Manish S. Shah

THE PARTNERSHIPS AND                                Magistrate Judge Heather K. McShain
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on 02/18/25 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 5 | EHQJNJ |
| 33 | Spring Greeting |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: June 27, 2025

Respectfully submitted,

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A.Vogt, on this 27 of June, 2025.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF _Illinois_

COUNTY OF _Cook_



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026